AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| SHELTON TERRELL PETERS | ) | Case No: 1:04-CR-00267-001 |
| | ) | USM No: 08865-003 |
| Date of Previous Judgment:  05/27/2005 | ) | Pro Se |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   151   months **is reduced to**   121 months   .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level:   31             Amended Offense Level:   27
Criminal History Category:   IV            Criminal History Category:   IV
Previous Guideline Range:   151 to 188 months   Amended Guideline Range:   121 to 151 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated   05/27/2005   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   05/23/2008                    /s/ Callie V. S. Granade
                                          Judge's signature

Effective Date:  _____              Chief United States District Judge
       (if different from order date)         Printed name and title